CHARLOTTE E. PATTEN, Respondent, *v.* UNITED LIFE AND ACCI-
DENT INSURANCE ASSOCIATION, Appellant.

(Argued January 31, 1894; decided February 27, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made June 30, 1893, which affirmed a judgment in
favor of plaintiff entered upon a verdict and also affirmed an
order denying a motion for a new trial.

*Edward T. Oldham* for appellant.

*J. A. Showdy* for respondent.

Agree to affirm on opinion below.†
All concur.
Judgment affirmed.